# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MURRAY,<br><br>Defendant. | CASE NO. 1:22-cr-00016<br><br>JUDGE BARRETT<br><br>INFORMATION<br><br>18 U. S. C. § 2<br>18 U. S. C. § 1014 |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (False Statement on a Loan and Credit Application)

On or about February 25, 2021, in the Southern District of Ohio and elsewhere, the defendant, **CHARLES MURRAY**, knowingly made, and caused to be made, a false statement or report to the Small Business Administration, for the purpose of influencing the action of the Small Business Administration in connection with a loan program administered pursuant to a provision of the Small Business Act, that is, the defendant submitted an application for a loan under the Payment Protection Program that contained false information, in that the defendant claimed a monthly payroll of $36,433.00, when in truth and in fact, as the defendant well knew, his business did not generate the monthly payroll amount claimed.

In violation of 18 U.S.C. §§ 1014, 2.

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*E Taiwo*

**EBUNOLUWA A. TAIWO**
**Assistant United States Attorney**